**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRCT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY HOSPITALS HEALTH SYSTEM, INC.,<br><br>Defendant. | : | Case No. 1:26-cv-02126<br><br>JUDGE BRIDGET MEEHAN BRENNAN<br><br>MAGISTRATE JUDGE JENNIFER DOWDELL ARMSTRONG |

**<u>DEFENDANT'S MOTION TO RESCHEDULE MEDIATION CONFERENCE</u>**

Pursuant to Federal Rule of Civil Procedure 16 and Northern District of Ohio Local Rule 16.6, Defendant University Hospitals Cleveland Medical Center ("UHCMC" or "Defendant"), by and through counsel, respectfully moves the Court for an Order rescheduling the Mediation Conference currently scheduled for October 13, 2026 at 9:30 a.m. before the Honorable Magistrate Judge Jennifer Dowdell Armstrong, per the Court's October 8, 2026 Entry.

Counsel for Defendant and Defendant's designated representative are unavailable to participate fully in the mediation set for October 13, 2026. Counsel for Defendant, David A. Campbell, has a previously scheduled out of town client matter requiring his presence on that date. Additionally, Defendant's designated representative is only available to participate on October 13, 2026 until 1:00 p.m. Because the mediation requires participation of counsel and Defendant's representative, Defendant respectfully requests that mediation be rescheduled.

Counsel for Defendant has conferred with Plaintiff's counsel regarding the requested rescheduling. Plaintiff's counsel does not agree with the request. Although this Motion is being

filed fewer than ten (10) days before the scheduled mediation, the foregoing scheduling conflicts necessitate the requested relief.

Defendant proposes the following alternative dates for mediation: October 19, 2026; October 20, 2026, and October 21, 2026. Defendant respectfully requests the Court reschedule the mediation to one of the proposed dates, or to another date convenient for the Court and the parties.

Respectfully submitted,

*/s/ David A. Campbell*_________

David A. Campbell (0066494)
Alyssa M. Belli (0096623)
Gordon Rees Scully Mansukhani, LLP
127 Public Square, Suite 5130
Cleveland, Ohio 44114
Phone: (216) 302-2531
Fax: (216) 539-0026
dcampbell@grsm.com
ambelli@grsm.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of October, 2026, the foregoing was filed through the Court's CM/ECF electronic filing system and will be served upon all counsel of record.

*/s/ David A. Campbell*_____________
David A. Campbell (0066494)

*One of the attorneys for Defendant*